BB
AO 442 (Rev. 11/11) Arrest Warrant

2024R00477

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

**RECEIVED**

United States of America )
v. )   Case No.  25-mj-104 (DLM)
ABDISATAR AHMED HASSAN )

APR 2 1 2025

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## ARREST WARRANT

To:    Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)*    ABDISATAR AHMED HASSAN.

who is accused of an offense or violation based on the following document filed with the Court:

___ Indictment    ___ Superseding Indictment    ___ Information    ___ Superseding Information    **X** Complaint
___ Probation Violation Petition    ___ Supervised Release Violation Petition    ___ Violation Notice    ___ Order of the Court

charging him with (Count 1) Attempting to Knowingly Provide Material Support and Resources to a Designated Foreign

Terrorist Organization, in violation of Title 18, United States Code, Sections 2339B.

Date: 2/27/25

_____
*Issuing officer's signature*

City and State: Saint Paul, Minnesota

Douglas L. Micko, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 02/27/2025, and the person was arrested on *(date)* 02/27/2025 at *(city and state)* ShaKopee, Minnesota |
| Date: 03/17/2025    _____ *Arresting officer's signature* |
| Special Agent Scott L. Zimmerman *Printed name and title* |

SCANNED
APR 22 2025
U.S. DISTRICT COURT MPLS