| | | |
|---|---|---|
| *KATHERIAN D. ROE<br>Federal Defender<br><br>*MANNY ATWAL<br>First Assistant Defender<br><br>CHAD M. SPAHN<br>Senior Investigator<br><br><br>*MSBA Certified Criminal Law Specialist | **OFFICE OF THE**<br>**FEDERAL DEFENDER**<br>**District of Minnesota**<br>107 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>Phone: 612-664-5858<br>Fax: 612-664-5850 | JAMES BECKER<br>ROB MEYERS<br>ERIC RIENSCHE<br>LISA LOPEZ<br>*JEAN BRANDL<br>MATTHEW DEATES<br>*AARON MORRISON<br>DAN HUDDLESTON<br>SIRI CARLSON MCDOWELL<br>AMBROISE DECILAP<br>KATE ADAMS<br>Assistant Defenders |

August 11, 2025

Honorable Douglas L. Micko
United States Magistrate Judge
316 North Robert Street
St. Paul, MN 55101

      Re: *United States v. Abdisatar Ahmed Hassan*
          Criminal No. 25-165 (DWF/DLM)

Dear Magistrate Judge Micko:

I am writing to inform the Court that I will not be filing pretrial motions on behalf of Mr. Hassan. The parties are currently negotiating a possible resolution to the case. The parties will contact Senior Judge Frank's chambers to schedule a change of plea hearing. In the meantime, a signed statement of facts will be filed in accordance with this letter to support the exclusion of time under the Speedy Trial Act.

Sincerely,

*s/Manny K. Atwal*

MANNY K. ATWAL (she/her)
First Assistant Defender

MKA/en

cc: Benjamin Bejar and Andrew Winter, AUSAs
    James Becker, AFD