# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: CR 25-165 DWF/DLM |
| Abdisatar Ahmed Hassan, Defendant. | Date: September 29, 2025 |
| | Court Reporter: Caitlin Nat |
| | Courthouse: St. Paul |
| | Courtroom: 7C |
| | Time Commenced: 11:01 a.m. |
| | Time Concluded: 11:59 a.m. |
| | Time in Court: 58 minutes |

Before Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

   For Plaintiff:   Benjamin Bejar, Assistant United States Attorney
   For Defendant:   Manvir K Atwal & James S Becker ☒ FPD

PROCEEDINGS:

☒ **Change of Plea Hearing.**
☒ PLEA:
   ☒ Guilty as to Count One (1) of the Indictment.
☒ Presentence Investigation and Report requested.
☒ Defendant remanded to the custody of the U.S. Marshal.
☒ Sentencing to be set at a date and time to be determined in Ctrm 7C, St. Paul before Judge Frank.

     s/L. Sampson
Courtroom Deputy
