# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>Abdisatar Ahmed Hassan,<br>Defendant. | **\*AMENDED COURT MINUTES - CRIMINAL**<br>Case No:        CR 25-165 DWF/DLM<br>Date:           April 22, 2026<br>Court Reporter: Tim Willette<br>Courthouse:     St. Paul<br>Courtroom:      7C<br>Time Commenced: 11:06 a.m.<br>Time Concluded:   12:50 p.m.<br>Time in Court:   1 Hour & 44 Minutes |

Before Judge Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

   For Plaintiff: Benjamin Bejar, Assistant United States Attorney
   For Defendant: James Becker and Manny Atwal x FDs

**x Sentencing.**

IT IS ORDERED:    Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 102 months | | 15 years | | |

   X Special conditions of:   **See J&C for special conditions**
   X Defendant sentenced to pay:
           X Special Assessment in the amount of $100.00.*
   X Plea and plea agreement accepted.
   X Defendant remanded to the custody of the U.S. Marshal.
   X Docket nos.59, 62: shall remain sealed for 15 years until 4/22/2041

_____ s/jam
Courtroom Deputy